```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BEVERLEY EDWARDS,              :    CIVIL ACTION
                               :    NO. 20-796
         Plaintiff,            :
                               :
    v.                         :
                               :
ALBERT EINSTEIN MEDICAL        :
CENTER,                        :
                               :
         Defendant.            :
```

**ORDER**

**AND NOW**, this **6th** day of **April, 2021,** after considering Defendant's Motion for Summary Judgment and the Response and Reply thereto, and following a hearing on the record, it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum, that the Motion (ECF No. 17) is **DENIED.** An order fixing pretrial deadlines will issue.

It is **FURTHER ORDERED** that Defendant's Motion for Leave to File a Reply Brief (ECF No. 20) is **GRANTED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**